IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 05-00044-01-CR-W-GAF |
| | ) | |
| **JOHN T. SPURLOCK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is defendant's pro se motion to dismiss for violation of his statutory right to a speedy trial.

On December 27, 2005, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation. No objections have been filed.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that defendant's pro se motion to dismiss is OVERRULED and DENIED.

SO ORDERED.

                                              /s/ Gary A. Fenner
                                              GARY A. FENNER, JUDGE
                                              United States District Court

DATED: January 12, 2006