IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. 05-00044-01-CR-W-GAF | |
| ) | | |
| JOHN T. SPURLOCK, ) | | |
| ) | | |
| Defendant. ) | | |

ORDER

This Court, having heard evidence from the Government and the Defendant on February 23, 2006, and having carefully considered the same, hereby finds each of the following, beyond a reasonable doubt:

I. The defendant, John T. Spurlock, is **GUILTY** of using a facility of interstate commerce to attempt to persuade a minor to engage in illegal sexual activity, as charged in **Count One** of the indictment.

II. The defendant, John T. Spurlock, is **GUILTY** of using a facility of interstate commerce to attempt to persuade a minor to engage in illegal sexual activity, as charged in **Count Two** of the indictment.

III. The defendant, John T. Spurlock, is **GUILTY** of using a facility of interstate commerce to attempt to transfer obscene material to a minor, as charged in **Count Three** of the indictment.

IV. The defendant, John T. Spurlock, is **GUILTY** of using a facility of interstate

commerce to attempt to persuade a minor to engage in illegal sexual activity, as charged in **Count Four** of the indictment.

V. The defendant, John T. Spurlock, is **GUILTY** of using a facility of interstate commerce to attempt to transfer obscene material to a minor, as charged in **Count Five** of the indictment.

VI. The defendant, John T. Spurlock, is **GUILTY** of traveling across state lines in an attempt to engage in illegal sexual activity with another person, as charged in **Count Six** of the indictment.

VII. The items listed in **Count Seven** of the indictment, that is, a Dell desktop computer, a web cam, and a Samsung/Verizon cell phone (number 913-216-4702), were used to commit or promote the commission of the offenses set out in Counts One, Two, Four, and Six of the indictment, and **are hereby forfeited**.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: February 27, 2006